**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| MARC E. OLIVER, d/b/a GULF COAST ENVIRONMENTAL AND RECOVERY, And T.M. JEMISON CONSTRUCTION CO. INC. d/b/a JEMISON MARINE, INC., | : | |
| Plaintiffs, | : | CA 11-0223-KD-C |
| MIDSOUTH BANK, N.A., | | IN ADMIRALTY |
| Plaintiff/Counter-Defendant | : | *In Personam and In Rem* |
| vs. | : | |
| M/V BARBARY COAST, her engines, tackle, furniture, and appurtenances, etc., *In Rem*, and RODD CAIRNS, an individual, and ATCHAFALYA MARINE, LLC, *In personam*, | : | |
| Defendants/Counter-Plaintiffs/ Third-Party Plaintiffs, | : | |
| vs. | : | |
| EAGLE RIVER TOWING, L.L.C., p/k/a/or a/k/a EAGLE INLAND TOWING, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, LOUISIANA LIMESTONE & LOGISTICS, L.L.C., and CURTIS BUFORD, | : | |
| Third-Party Defendants. | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Court finds as follows:

1)   That portion of the Report and Recommendation (Doc. 96) of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 26, 2011, recommending that Defendant Rodd Cairns' motion to dismiss (Doc. 48) be **DENIED AS MOOT,** is hereby **ADOPTED** as the opinion of this Court.

1

2)    Concerning the Plaintiffs Mark Oliver and T.M. Jemison Construction Co.'s motion to strike/dismiss Midsouth's answer and counterclaim (Doc. 47), the Court notes that embedded in Midsouth's Objection (Doc. 103) to the Report and Recommendation (Doc. 96), is a motion for leave of Court to file its answer out of time.

Accordingly, it is **ORDERED** that any Response to Midsouth's motion for leave of Court to file its answer out of time (Doc. 103) shall be filed on or before **September 14, 2011.**

**DONE** and **ORDERED** this the **6**th day of **September 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**