IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MARC E. OLIVER, d/b/a GULF COAST :
ENVIRONMENTAL AND RECOVERY,
And T.M. JEMISON CONSTRUCTION :
CO. INC. d/b/a JEMISON MARINE, INC.,
    Plaintiffs,   :   CA 11-0223-KD-C

MIDSOUTH BANK, N.A.,      IN ADMIRALTY
    Plaintiff/Counter-Defendant  :   *In Personam and In Rem*

vs.   :

M/V BARBARY COAST, her engines,
tackle, furniture, and appurtenances, etc., :
*In Rem*, and RODD CAIRNS, an
individual, and ATCHAFALAYA MARINE,:
LLC, *In personam*,
    Defendants/Counter-Plaintiffs/
    Third-Party Plaintiffs,   :

vs.   :

EAGLE RIVER TOWING, L.L.C., p/k/a/or
a/k/a EAGLE INLAND TOWING,   :
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,   :
LOUISIANA LIMESTONE & LOGISTICS,
L.L.C., and CURTIS BUFORD,
    Third-Party Defendants.   :

**ORDER**

This matter is before the Court on the parties Proposed Consent Judgment (Doc. 148), requesting that the Court enter judgment in favor of Plaintiff-Intervener John Gobert in the amount of $28,000.00 and that the Clerk of Court immediately distribute said sum to the trust fund of counsel for Gobert from the proceeds of the sale of the M/V

1

BARBARY COAST, for Gobert's Seaman's Wages.

Based on the foregoing, it is **ORDERED** that the parties' request is **GRANTED** and that judgment is entered in favor of Plaintiff-Intervener John Gobert, in the amount of **$28,000.00,** for his Seaman's Wages claim against the M/V BARBARY COAST.

A separate **Consent Judgment** shall issue in conjunction with this Order.

**DONE** and **ORDERED** this the **16th** day of **November 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**