**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

MARC E. OLIVER, d/b/a GULF COAST   :
ENVIRONMENTAL AND RECOVERY,
And T.M. JEMISON CONSTRUCTION   :
CO. INC. d/b/a JEMISON MARINE, INC.,
     Plaintiffs,                 :       CA 11-0223-KD-C

MIDSOUTH BANK, N.A.,            IN ADMIRALTY
     Plaintiff/Counter-Defendant   :    *In Personam and In Rem*

vs.                          :

M/V BARBARY COAST, her engines,
tackle, furniture, and appurtenances, etc.,  :
*In Rem*, and RODD CAIRNS, an
individual, and ATCHAFALAYA MARINE,:
LLC, *In personam*,
     Defendants/Counter-Plaintiffs/
     Third-Party Plaintiffs,        :

vs.                          :

EAGLE RIVER TOWING, L.L.C., p/k/a/or
a/k/a EAGLE INLAND TOWING,    :
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,    :
LOUISIANA LIMESTONE & LOGISTICS,
L.L.C., and CURTIS BUFORD,
     Third-Party Defendants.      :

**CONSENT JUDGMENT**

In conjunction with the Order issued on this date, it is hereby **ORDERED,**

**ADJUDGED** and **DECREED** that a **CONSENT JUDGMENT** is entered in favor of

Plaintiff-Intervener John Gobert, in the amount of **$28,000.00,** for his Seaman's Wages

claim against the M/V BARBARY COAST. Accordingly, the Clerk of Court is **DIRECTED** to immediately **DISTRIBUTE** to the trust fund of counsel for Gobert, the sum of **$28,000.00** from the proceeds of the sale of the M/V BARBARY COAST for Gobert's Seaman's Wages.

      **DONE** and **ORDERED** this the **16**th day of **November 2011.**

                              /s/ Kristi K. DuBose
                              **KRISTI K. DuBOSE**
                              **UNITED STATES DISTRICT JUDGE**