IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARC E. OLIVER, d/b/a GULF COAST ENVIRONMENTAL AND RECOVERY, And T.M. JEMISON CONSTRUCTION CO. INC. d/b/a JEMISON MARINE, INC., : Plaintiffs, MIDSOUTH BANK, N.A., : Plaintiff/Counter-Defendant | CA 11-223-KD-C IN ADMIRALTY *In Personam and In Rem* |
| v. | |
| M/V BARBARY COAST, her engines, tackle, furniture, and appurtenances, etc., *In Rem*, and RODD CAIRNS, an individual, and ATCHAFALAYA MARINE, LLC, *In personam*, Defendants/Counter-Plaintiffs/ Third-Party Plaintiffs, | |
| v. | |
| EAGLE RIVER TOWING, L.L.C., p/k/a/ or a/k/a EAGLE INLAND TOWING, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, LOUISIANA LIMESTONE & LOGISTICS, L.L.C., and CURTIS BUFORD, Third-Party Defendants. | |

**JUDGMENT**

In accordance with the Court's November 18, 2011 Order (Doc. 155) and the Order issued on this date, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that Southern Marine, as the Court-appointed Substitute Custodian for the M/V BARBARY COAST, shall be awarded **$9,460.00** to compensate it for legitimate administrative expenses it incurred "that benefit[ed] all interested parties and [were] necessary for the due care and preservation of the

1

vessel." Oil Shipping (Bunkering) B.V. v. Royal Bank of Scotland plc, 817 F. Supp. 1254, 1260 n.8 (E.D. Pa. 1993) (citations omitted).

The $9,460.00 total amount is comprised of $7,800.00 for storage/wharfage expenses; $1,055.00 for the removal of excessive water/oil mixture in the bilge; $340.00 for the installation of a high water bilge alarm, and $265.00 for the cost to list the United States Marshal as an additional insured on the insurance policy.

**DONE** and **ORDERED** this the **13th** day of **March 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**