IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MARC E. OLIVER, d/b/a GULF COAST          :
ENVIRONMENTAL AND RECOVERY,
and T.M. JEMISON CONSTRUCTION             :
CO. INC. d/b/a JEMISON MARINE, INC.,
          Plaintiffs,                      :          CA 11-0223-KD-C

MIDSOUTH BANK, N.A.,                                   IN ADMIRALTY
          Plaintiff/Counter-Defendant      :          *In Personam and In Rem*

vs.                                        :

M/V BARBARY COAST, her engines,
tackle, furniture, and appurtenances, etc., :
*In Rem*, an RODD CAIRNS, an
individual, and ATCHAFALAYA MARINE,        :
LLC, *In personam*,
          Defendants/Counter-Plaintiffs/
          Third-Party Plaintiffs,          :

vs.                                        :

EAGLE RIVER TOWING, L.L.C., p/k/a or
a/k/a EAGLE INLAND TOWING,                 :
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,                 :
LOUISIANA LIMESTONE & LOGISTICS,
L.L.C., and CURTIS BUFORD,
          Third-Party Defendants.          :

ORDER[1]

This matter is before the Court on Third-Party Plaintiffs Rodd Cairns and Atchafalaya

Marine, LLC's Motion to Reinstate the Jury Demand (Doc. 291) and Third-Party Defendant

National Union Fire Insurance Company of Pittsburgh, PA's Response thereto (Doc. 293).

On September 19, 2012, a hearing was held (in part) regarding the pending motion.   At

that time, the Court explained that the reasons for previously striking the jury demand in the

---

1  This Order amends the Scheduling Orders previously entered in this case.

1

Second Amended Third-Party Complaint (Doc. 180) do not exist because the original plaintiffs –

who opted under Rule 9(h) to proceed under maritime law -- are no longer in the case.

Atchafalaya/Cairns are the only remaining plaintiffs (Third-Party Plaintiffs) and thus, there is no

longer an interrelationship with the original plaintiffs' Rule 9(h) election.   Moreover,

Atchafalaya/Cairns' claims (Counts V-VIII) against National Union are asserted solely on the

basis of diversity jurisdiction.   (Doc. 60 at 2 at ¶1).   Further, under the circumstances of this

case, case law supports the Court's discretionary decision to proceed with this matter as a jury

trial.   See, e.g., Luera v. M/V Alberta, 635 F.3d 181, 189 (5th Cir. 2011) (providing that Rule

9(h) applies to claims and not to entire cases).   See also e.g., Murphy v. Florida Keys Elec.

Co-op. Ass'n, Inc., 329 F.3d 1311, 1319-1320 (11th Cir. 2003); U.S. v. One Parcel of Property

Located at 867 County Road 227, Clanton, Chilton County, 2009 WL 5184401, *1 (M.D. Ala.

Dec. 23, 2009); Harris v. Flow Intern. Corp., 2007 WL 3011267, *1 (M.D. Fla. Oct. 12, 2007).

As such, and for those reasons stated on the record at the hearing, it is **ORDERED** that

Atchafalaya/Cairns' Motion to Reinstate the Jury Demand (Doc. 291) is **GRANTED.**

It is further **ORDERED** that for those reasons discussed at the September 19, 2012

hearing, the following amended schedule is set and shall govern this case:[2]

 a) <u>Final Pretrial Conference</u>:   This action is **RESCHEDULED** for a Final Pretrial Conference on **November 13, 2012 at 12:00 p.m. (noon)**, in the undersigned's chambers, Room 508 of the United States District Court, 113 St. Joseph St., Mobile, Alabama, 36602.

 b) <u>Proposed Pretrial Order</u>.   The parties shall file an Amended Proposed Pretrial Document on or before **November 6, 2012** (amended in the manner instructed at the September 19, 2012 hearing).

---

2  A copy of this Court's Standing Order governing Final Pretrial Conference is attached hereto.

c)   Jury Selection:[3]   This action is set for a **JURY TRIAL** with **Jury Selection** on **December 4, 2012 at 8:45 a.m**., in Courtroom 5A, of the United States District Court, 113 St. Joseph St., Mobile, Alabama, 36602.

d)   Trial:   This action is set for a **five (5) day trial** to begin on **December 10, 2012, at 8:30 a.m.** in Courtroom 5A, and to conclude on **December 14, 2012**.

**DONE** and **ORDERED** this the **26**[th] day of **September 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

3  The parties will consent to Jury Selection by a Magistrate Judge.   The parties shall file such written consent on or before **November 6, 2012.**

3