IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARC E. OLIVER, d/b/a GULF COAST ENVIRONMENTAL AND RECOVERY, and T.M. JEMISON CONSTRUCTION CO. INC. d/b/a JEMISON MARINE, INC., | : | |
| Plaintiffs, | : | CA 11-0223-KD-C |
| MIDSOUTH BANK, N.A., | | IN ADMIRALTY |
| Plaintiff/Counter-Defendant | : | *In Personam and In Rem* |
| vs. | : | |
| M/V BARBARY COAST, her engines, tackle, furniture, and appurtenances, etc., *In Rem*, and RODD CAIRNS, an individual, and ATCHAFALAYA MARINE, LLC, *In personam*, | : | |
| Defendants/Counter-Plaintiffs/ Third-Party Plaintiffs, | : | |
| vs. | : | |
| EAGLE RIVER TOWING, L.L.C., p/k/a or a/k/a EAGLE INLAND TOWING, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, LOUISIANA LIMESTONE & LOGISTICS, L.L.C., and CURTIS BUFORD, | : : | |
| Third-Party Defendants. | : | |

# ORDER[1]

This matter is before the Court on Third-Party Plaintiffs Rodd Cairns and Atchafalaya Marine, LLC's Motion to Reinstate the Jury Demand (Doc. 291) and Third-Party Defendant National Union Fire Insurance Company of Pittsburgh, PA's Response thereto (Doc. 293).

On September 19, 2012, a hearing was held (in part) regarding the pending motion. At that time, the Court explained that the reasons for previously striking the jury demand in the

---

1  This Order amends the Scheduling Orders previously entered in this case.

Second Amended Third-Party Complaint (Doc. 180) do not exist because the original plaintiffs – who opted under Rule 9(h) to proceed under maritime law -- are no longer in the case. Atchafalaya/Cairns are the only remaining plaintiffs (Third-Party Plaintiffs) and thus, there is no longer an interrelationship with the original plaintiffs' Rule 9(h) election.  Moreover, Atchafalaya/Cairns' claims (Counts V-VIII) against National Union are asserted solely on the basis of diversity jurisdiction.   (Doc. 60 at 2 at ¶1).   Further, under the circumstances of this case, case law supports the Court's discretionary decision to proceed with this matter as a jury trial.   See, e.g., Luera v. M/V Alberta, 635 F.3d 181, 189 (5th Cir. 2011) (providing that Rule 9(h) applies to claims and not to entire cases).   See also e.g., Murphy v. Florida Keys Elec. Co-op. Ass'n, Inc., 329 F.3d 1311, 1319-1320 (11th Cir. 2003); U.S. v. One Parcel of Property Located at 867 County Road 227, Clanton, Chilton County, 2009 WL 5184401, *1 (M.D. Ala. Dec. 23, 2009); Harris v. Flow Intern. Corp., 2007 WL 3011267, *1 (M.D. Fla. Oct. 12, 2007). As such, and for those reasons stated on the record at the hearing, it is **ORDERED** that Atchafalaya/Cairns' Motion to Reinstate the Jury Demand (Doc. 291) is **GRANTED.**

It is further **ORDERED** that for those reasons discussed at the September 19, 2012 hearing, the following amended schedule is set and shall govern this case:[2]

    a)   Final Pretrial Conference:   This action is **RESCHEDULED** for a Final Pretrial Conference on **November 13, 2012 at 12:00 p.m. (noon)**, in the undersigned's chambers, Room 508 of the United States District Court, 113 St. Joseph St., Mobile, Alabama, 36602.

    b)   Proposed Pretrial Order.   The parties shall file an Amended Proposed Pretrial Document on or before **November 6, 2012** (amended in the manner instructed at the September 19, 2012 hearing).

---

2  A copy of this Court's Standing Order governing Final Pretrial Conference is attached hereto.

c)   Jury Selection:[3]   This action is set for a **JURY TRIAL** with **Jury Selection** on **December 4, 2012 at 8:45 a.m**., in Courtroom 5A, of the United States District Court, 113 St. Joseph St., Mobile, Alabama, 36602.

d)   Trial:   This action is set for a **five (5) day trial** to begin on **December 10, 2012, at 8:30 a.m.** in Courtroom 5A, and to conclude on **December 14, 2012**.

**DONE** and **ORDERED** this the **26**[th] day of **September 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[3] The parties will consent to Jury Selection by a Magistrate Judge.   The parties shall file such written consent on or before **November 6, 2012.**